IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 122,053

In the Matter of LAUREL R. KUPKA,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On February 28, 2020, the court suspended Laurel R. Kupka's Kansas law license for a two-year period. The court ordered that following nine months of suspension, Kupka could petition for an early reinstatement and undergo a reinstatement hearing. *In re Kupka*, 311 Kan. 193, 458 P.3d 242 (2020).

On November 8, 2021, the court granted Kupka's petition for reinstatement of her law license following a reinstatement hearing. The court stayed the remainer of the two-year suspension and placed Kupka on two years' probation. *In re Kupka*, 314 Kan. 290, 497 P.3d 573 (2021).

On February 20, 2024, Kupka motioned the court to discharge her from probation. See Supreme Court Rule 227(g)(1) (2023 Kan. S. Ct. R. at 284) (probation discharge). The Office of the Disciplinary Administrator (ODA) responded that Kupka has complied with her probation, confirmed Kupka's eligibility to be discharged from probation, and voiced no objection to such discharge.

This court notes the ODA's response, grants Kupka's motion, and fully discharges Kupka from probation. Accordingly, this disciplinary proceeding is closed.

The court orders the publication of this order in the Kansas Reports and assesses any remaining costs of this proceeding to Kupka.

Dated this 29th day of March 2024.

WILSON, J., not participating.